
01/28/23 14:31:04 EST
-86.23926
0 MPH
0.0 (N)
Ignition: ON
LightBar: OFF
DoorOpen: ON
Shotgun: OFF
Mute: OFF
EXHIBIT 1
bodyworn.com


41.65341
-86.23925
3 MPH
14.3 (NNE)
01/28/23 14:31:09 EST
EXHIBIT 2
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65346
-86.23922
0 MPH
0.0 (N)
01/28/23 14:31:18 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 3


01/28/23 14:31:22 EST
-86.23921
0 MPH
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 4


-86.23921
0 MPH
0.0 (N)
EXHIBIT 5
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65345
-86.23923
3 MPH
190.7 (S)
01/28/23 14:31:52 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 6


-86.23924
0 MPH
0.0 (N)
EXHIBIT 7
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65341
-86.23924
0 MPH
0.0 (N)
01/28/23 14:34:28 EST
EXHIBIT 8
Ignition: ON
LightBar: OFF
DoorOpen: ON
Shotgun: OFF
CrashSensor: OFF
bodyworn.com


41.65344
-86.23912
1 MPH
358.3 (N)
01/28/23 14:34:48 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 9

EXHIBIT 10


41.65343
-86.23912
0 MPH
0.0 (N)
01/28/23 14:34:56 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 11


01/28/23 14:35:35 EST
-86.23913
0 MPH
0.0 (N)
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65342
-86.23916
0 MPH
0.0 (N)
01/28/23 14:35:42 EST
EXHIBIT 12
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 13


41.65343
-86.23914
0 MPH
0.0 (N)
01/28/23 14:36:16 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com



41.65743
-86.23916
0 MPH
0.0 (N)
01/28/23 14:36:21 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


EXHIBIT 14


41.65353
-86.23917
1 MPH
1.7 (N)
01/28/23 14:36:32 EST
EXHIBIT 15
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 16


41.65340
-86.23926
0 MPH
0.0 (N)
01/28/23 14:36:50 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65341
-86.23923
0 MPH
0.0 (N)
01/28/23 14:36:57 EST
EXHIBIT 17
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 18


41.65343
-86.23925
01/28/23 14:42:22 EST
0 MPH
0.0 (N)
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 19


41.65340
-86.23927
0 MPH
0.0 (N)
01/28/23 15:02:29 EST
Ignition: ON
LightBar: OFF
DoorOpen: ON
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65341
-86.23928
0 MPH
0.0 (N)
01/28/23 15:03:15 EST
Ignition: ON
LightBar: OFF
DoorOpen: ON
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 20

EXHIBIT 21


41.65350
-86.23925
0 MPH
0.0 (N)
01/28/23 15:06:15 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


01/28/23 15:07:16 EST
-86.23924
3 MPH
182.2 (S)
EXHIBIT 22
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 23


41.65340
-86.23925
0 MPH
0.0 (N)
01/28/23 15:08:13 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65339
-86.23925
0 MPH
0.0 (N)
01/28/23 15:09:39 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 24


41.65339
-86.23925
0 MPH
0.0 (N)
01/28/23 15:09:55 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 25


41.65341
-86.23924
0 MPH
0.0 (N)
01/28/23 15:12:37 EST
EXHIBIT 26
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 27


41.65341
-86.23924
0 MPH
0.0 (N)
01/28/23 15:12:45 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com


41.65339
-86.23928
0 MPH
0.0 (N)
01/28/23 15:19:11 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 28


41.65335
-86.23932
0 MPH
0.0 (N)
01/28/23 15:20:07 EST
EXHIBIT 29
Mute: OFF
bodyworn.com


41.65335
-86.23932
0 MPH
0.0 (N)
01/28/23 15:20:08 EST
Mute: ON
bodyworn.com

EXHIBIT 30


41.65337
-86.23928
0 MPH
0.0 (N)
01/28/23 15:20:11 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: ON
bodyworn.com

EXHIBIT 31


41.65348
-86.23927
1 MPH
46.0 (NE)
01/28/23 15:21:22 EST
EXHIBIT 32
Mute: OFF
bodyworn.com

EXHIBIT 33



EXHIBIT 34


41.65345
-86.23925
0 MPH
0.0 (N)
01/28/23 15:24:19 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

EXHIBIT 35


41.65340
-86.23922
0 MPH
186.1 (S)
01/28/23 15:24:30 EST
Ignition: ON
LightBar: OFF
DoorOpen: OFF
Shotgun: OFF
Mute: OFF
bodyworn.com

Requested by:

# CHAIN OF CUSTODY

EXHIBIT 36 (1-5)

Incident: 21-1765
Created on 1/28/2023, 2:31:04 PM by Dakota Cremeans
Session Id: 78665274-adcd-4f2e-ada9-dc80a5936287 Incident Id: 0

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-28 14:31:04 | Dakota Cremeans | | Evidence Collection Started | |
| 2023-01-28 14:35:37 | System | | Note: Added - Auto associate by user and time SBP-2023-00006980 | Auto associate by user and time |
| 2023-01-28 15:32:11 | System | | Note: Edited - Edited Note: Incident Number - 'SBP-2023-00006980' | Note Edited from Mobile |
| 2023-01-28 15:36:32 | Dakota Cremeans | | Media Uploaded to Server - Media Ready | |
| 2023-01-28 15:45:51 | Dakota Cremeans | | Classification: Added - Added: [Classification]='Code 2 OR 3' | |
| 2023-01-28 15:45:59 | Dakota Cremeans | | Title Edited - Title edit: '21-1765' | Title Edited from Mobile |
| 2023-01-28 19:00:36 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-01-28 19:00:41 | Michael Ingle | 207.32.245.81 | Incident was viewed by user | |
| 2023-01-30 08:21:56 | David Herron | 207.32.245.124 | Media Flag: Added | |
| 2023-01-30 08:22:01 | David Herron | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-01-30 08:22:30 | David Herron | 207.32.245.124 | Media Authoring: Job Submitted - MP4 Authoring Job (ID=2520642) No Watermark | IA/OPS |



Print Date: 06/30/2026 4:29:26 EDT

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-30 08:31:43 | System | | MP4 Authoring Job Complete (ID=2520642) | MD5Hash: 16A2D6DD38A8155EF2BDA02FC0655D47 |
| 2023-01-30 08:33:01 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520642:0) | Title: Ptlm. Cremeans-BC-Impound (ID=2520642) |
| 2023-02-06 12:18:30 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520642:0) | Title: Ptlm. Cremeans-BC-Impound (ID=2520642) |
| 2023-05-17 17:39:16 | Sarah Curl-Larson | 166.198.28.60 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-05-17 17:39:20 | Sarah Curl-Larson | 166.198.28.60 | On Demand Request - On Demand Request | |
| 2023-05-17 17:41:15 | Sarah Curl-Larson | 166.198.28.60 | Incident was viewed by user | |
| 2023-05-17 19:04:14 | Sarah Curl-Larson | 166.198.28.60 | Media Authoring: Job Submitted - MP4 Authoring Job (ID=3025305) No Watermark | |
| 2023-05-17 19:15:14 | System | | MP4 Authoring Job Complete (ID=3025305) | MD5Hash: 40C194131BA9C96CBB1F9E4D8985213D |
| 2023-05-18 09:53:18 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | |
| 2023-05-18 09:53:31 | Sarah Curl-Larson | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=3025305:0) | Title: 21-1765 (ID=3025305) |
| 2023-05-18 14:09:32 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | |
| 2023-05-19 20:08:04 | Sarah Curl-Larson | 75.107.100.142 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-05-19 20:08:14 | Sarah Curl-Larson | 75.107.100.142 | Incident was viewed by user | |

CHAIN OF CUSTODY

Requested by:

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-05-22 08:32:37 | Sarah Curl-Larson | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=3025305:0) | Title: 21-1765 (ID=3025305) |
| 2023-07-06 12:39:01 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-07-06 12:39:35 | Aaron Knepper | 207.32.245.124 | Classification: Added - Added: [Classification]='Pending Litigation' (20) | |
| 2024-05-17 10:42:35 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Submitted | Redaction(ID=4852923) - APRA |
| 2024-05-17 10:57:46 | System | | MP4 Authoring Job Complete (ID=4852923) | MD5Hash: 320F65837484AB67779B66E5F724BCD0 |
| 2024-05-17 13:07:03 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=4852923:0) | Title: 21-1765 - 21-1765 (ID=4852923) |
| 2024-05-17 16:47:42 | Danielle Weiss | 73.45.49.32 | Export Job Deleted | 21-1765 - 21-1765 (ID: 4852923) |
| 2025-03-10 11:36:35 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-03-10 11:36:40 | Dakota Cremeans | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-03-10 11:42:38 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2025-04-15 22:44:23 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-04-15 22:44:27 | Dakota Cremeans | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-04-15 22:50:46 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2025-06-06 17:07:06 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-06-06 17:07:11 | Michael Ingle | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-06-06 17:08:59 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-06-10 15:33:33 | Kylie Connell | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2025-06-10 15:33:44 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Submitted | Redaction (ID=7206878) No Watermark - litigation |
| 2025-06-10 15:33:45 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206878) |
| 2025-06-10 15:39:14 | System | | MP4 Authoring Job Complete (ID=7206878) | MD5Hash: CC7C1C8D09A0009B57669B78FC1E9BCF |
| 2025-06-10 15:40:51 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206878) |
| 2025-06-10 15:41:01 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=7206878:5537488) | Version: 7206878 |
| 2025-06-10 22:06:55 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-06-10 22:07:01 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2025-06-11 04:58:44 | Kylie Connell | 104.183.227.239 | Media Info viewed by user - Info View | Search |
| 2025-06-11 12:42:41 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2025-06-11 12:42:45 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2025-06-11 12:46:15 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-06-11 12:46:19 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2025-09-26 23:27:26 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-09-26 23:27:38 | Dakota Cremeans | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-09-26 23:33:29 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2026-06-30 16:29:09 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Search |

# CHAIN OF COUSTODY

Requested by:

EXHIBIT 37 (1-5)

Incident: 21-1765
Created on 1/28/2023, 3:18:59 PM by Michael Ingle
Session Id: e4f04adb-fac3-4607-8c4a-54338644faea Incident Id: 0

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-28 15:18:59 | Michael Ingle | | Evidence Collection Started | |
| 2023-01-28 15:33:27 | Michael Ingle | | Title Edited - Title edit: '21-1765' | Title Edited from Mobile |
| 2023-01-28 17:49:52 | System | | Note: Added - Auto associate by user and time SBP-2023-00006980 | Auto associate by user and time |
| 2023-01-28 17:50:00 | Michael Ingle | | Classification: Added - Added: [Classification]='Code 2 OR 3' | |
| 2023-01-28 17:51:37 | Michael Ingle | | Media Uploaded to Server - Media Ready | |
| 2023-01-28 19:13:30 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-01-28 19:13:34 | Michael Ingle | 207.32.245.81 | Incident was viewed by user | |
| 2023-01-30 08:23:23 | David Herron | 207.32.245.124 | Media Flag: Added | |
| 2023-01-30 08:23:24 | David Herron | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-01-30 08:23:46 | David Herron | 207.32.245.124 | Media Authoring: Job Submitted - MP4 Authoring Job (ID=2520646) No Watermark | IA/OPS |
| 2023-01-30 08:25:26 | System | | MP4 Authoring Job Complete (ID=2520646) | MD5Hash: D1F2247AFAF9166948C7C75A0C029E40 |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-30 08:28:13 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520646:0) | Title: Lt. Ingle-BC-Impound (ID=2520646) |
| 2023-02-06 12:08:41 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520646:0) | Title: Lt. Ingle-BC-Impound (ID=2520646) |
| 2023-05-18 14:13:47 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-05-18 14:13:50 | Sarah Curl-Larson | 207.32.245.124 | On Demand Request - On Demand Request | |
| 2023-05-18 14:14:48 | Sarah Curl-Larson | 207.32.245.124 | Incident was viewed by user | |
| 2023-05-19 20:07:45 | Sarah Curl-Larson | 75.107.100.142 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-07-06 12:39:56 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Related Incident |
| 2023-07-06 12:40:02 | Aaron Knepper | 207.32.245.124 | Classification: Added - Added: [Classification]='Pending Litigation' (20) | |
| 2023-08-10 10:00:30 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-08-10 10:00:43 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-08-10 10:00:57 | Sarah Curl-Larson | 207.32.245.124 | Media Authoring: Job Submitted - MP4 Authoring Job (ID=3440755) No Watermark | |
| 2023-08-10 10:00:59 | Sarah Curl-Larson | 207.32.245.124 | On Demand Request - On Demand Request | |
| 2023-08-10 10:05:29 | Sarah Curl-Larson | 207.32.245.124 | Incident was viewed by user | |

CHAIN OF CUSTODY

Requested by:

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-08-10 10:07:20 | System | | MP4 Authoring Job Complete (ID=3440755) | MD5Hash: 4F420B77F8DFB6000A12626941EB73EC |
| 2023-08-10 10:50:54 | Sarah Curl-Larson | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=3440755:0) | Title: 21-1765 (ID=3440755) |
| 2023-08-10 10:51:04 | Sarah Curl-Larson | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-08-10 10:51:09 | Sarah Curl-Larson | 207.32.245.124 | Incident was viewed by user | |
| 2023-08-11 08:33:02 | Sarah Curl-Larson | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=3440755:0) | Title: 21-1765 (ID=3440755) |
| 2024-05-17 10:42:36 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Submitted | Redaction(ID=4852926) - APRA |
| 2024-05-17 10:49:10 | System | | MP4 Authoring Job Complete (ID=4852926) | MD5Hash: 4F420B77F8DFB6000A12626941EB73EC |
| 2024-05-17 13:08:52 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=4852926:0) | Title: 21-1765 - 21-1765 (ID=4852926) |
| 2024-05-17 13:10:14 | Danielle Weiss | 73.45.49.32 | On Demand Request - On Demand Request | |
| 2024-05-17 13:10:15 | Danielle Weiss | 73.45.49.32 | Incident was viewed by user | Media accessed for Publisher (ID=4852926) |
| 2024-05-17 13:54:41 | Danielle Weiss | 73.45.49.32 | Incident was viewed by user | Media accessed for Publisher (ID=4852926) |
| 2024-05-17 16:47:38 | Danielle Weiss | 73.45.49.32 | Export Job Deleted | 21-1765 - 21-1765 (ID: 4852926) |
| 2025-06-06 17:11:04 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Related Incident |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2025-06-06 17:11:15 | Michael Ingle | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-06-10 14:34:42 | Kylie Connell | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2025-06-10 14:36:29 | Kylie Connell | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2025-06-10 14:36:47 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Submitted | Redaction (ID=7206069) No Watermark - Litigation |
| 2025-06-10 14:36:48 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206069) |
| 2025-06-10 15:34:14 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206069) |
| 2025-06-10 15:34:59 | System | | MP4 Authoring Job Complete (ID=7206069) | MD5Hash: D360361A199662D73DBC4AD4F2B145E9 |
| 2025-06-10 15:39:40 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=7206069:5537474) | Version: 7206069 |
| 2025-06-10 15:39:53 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206069) |
| 2025-06-10 15:40:42 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=7206069:5537474) | Version: 7206069 |
| 2025-06-11 04:58:22 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206069) |
| 2025-06-11 04:59:00 | Kylie Connell | 104.183.227.239 | Media Info viewed by user - Info View | Search |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2025-06-11 19:37:08 | Michael Ingle | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-06-11 19:37:22 | Michael Ingle | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2026-06-30 16:22:51 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2026-06-30 16:22:56 | Aaron Knepper | 207.32.245.124 | Chain of Custody: View | |
| 2026-06-30 16:25:07 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Search |

Requested by:

# CHAIN OF COUSTODY

EXHIBIT 38 (1-4)

Incident: 21-1765

Created on 1/28/2023, 2:35:08 PM by Dakota Cremeans

Session Id: 99b678f4-40b3-412d-a17e-eb0d726f97d1 Incident Id: 0

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-28 14:35:07 | Dakota Cremeans | | Evidence Collection Started | |
| 2023-01-28 15:32:11 | System | | Note: Added - Added Note: Incident Number - 'SBP-2023-00006980' | Note Added from Mobile |
| 2023-01-28 15:36:56 | Dakota Cremeans | | Media Uploaded to Server - Media Ready | |
| 2023-01-28 15:45:52 | Dakota Cremeans | | Classification: Added - Added: [Classification]='Code 2 OR 3' | |
| 2023-01-28 15:45:59 | Dakota Cremeans | | Title Edited - Title edit: '21-1765' | Title Edited from Mobile |
| 2023-01-29 16:25:49 | Dakota Cremeans | | Incident was viewed by user | Incident Viewed on Mobile |
| 2023-01-30 08:21:57 | David Herron | 207.32.245.124 | Media Flag: Added | |
| 2023-01-30 08:22:32 | David Herron | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Search |
| 2023-01-30 08:23:03 | David Herron | 207.32.245.124 | Media Authoring: Job Submitted - MP4 Authoring Job (ID=2520643) No Watermark | IA/OPS |
| 2023-01-30 08:35:03 | System | | MP4 Authoring Job Complete (ID=2520643) | MD5Hash: 80AECD296379214E0C166A5D9B7A6EFD |
| 2023-01-30 08:52:28 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520643:0) | Title: Ptlm. Cremeans-MVR-Impound (ID=2520643) |

CHAIN OF CUSTODY

Requested by:

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2023-01-30 10:41:52 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520643:0) | Title: Ptlm. Cremeans-MVR-Impound (ID=2520643) |
| 2023-01-30 11:33:22 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520643:0) | Title: Ptlm. Cremeans-MVR-Impound (ID=2520643) |
| 2023-02-06 12:27:17 | David Herron | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=2520643:0) | Title: Ptlm. Cremeans-MVR-Impound (ID=2520643) |
| 2023-07-06 12:39:40 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Accessed From Related Incident |
| 2023-07-06 12:39:49 | Aaron Knepper | 207.32.245.124 | Classification: Added - Added: [Classification]='Pending Litigation' (20) | |
| 2024-05-17 10:41:58 | Danielle Weiss | 73.45.49.32 | Media Info viewed by user - Info View | Search |
| 2024-05-17 10:42:36 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Submitted | Redaction(ID=4852924) - APRA |
| 2024-05-17 10:42:36 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Submitted | Redaction(ID=4852925) - APRA |
| 2024-05-17 10:54:16 | System | | MP4 Authoring Job Complete (ID=4852925) | MD5Hash: 34D3BB584CE0B66E761E42DFB3B0C734 |
| 2024-05-17 11:21:26 | System | | MP4 Authoring Job Complete (ID=4852924) | MD5Hash: 9AA0EBEB37EC7718BBA93854D8E848FD |
| 2024-05-17 13:07:25 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=4852924:0) | Title: 21-1765 - 21-1765 (ID=4852924) |
| 2024-05-17 13:07:38 | Danielle Weiss | 73.45.49.32 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=4852925:0) | Title: 21-1765 - 21-1765 (ID=4852925) |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2024-05-17 16:47:40 | Danielle Weiss | 73.45.49.32 | Export Job Deleted | 21-1765 - 21-1765 (ID: 4852924) |
| 2024-05-17 16:47:45 | Danielle Weiss | 73.45.49.32 | Export Job Deleted | 21-1765 - 21-1765 (ID: 4852925) |
| 2025-03-10 11:21:21 | Dakota Cremeans | 207.32.245.81 | Media Info viewed by user - Info View | Search |
| 2025-03-10 11:21:29 | Dakota Cremeans | 207.32.245.81 | On Demand Request - On Demand Request | |
| 2025-03-10 11:28:12 | Dakota Cremeans | 207.32.245.81 | Incident was viewed by user | Incident View |
| 2025-06-10 15:33:02 | Kylie Connell | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2025-06-10 15:33:13 | Kylie Connell | 207.32.245.124 | On Demand Request - On Demand Request | |
| 2025-06-10 15:33:13 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Submitted | Redaction (ID=7206863) No Watermark - litigation |
| 2025-06-10 15:33:14 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206863) |
| 2025-06-10 15:33:28 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Submitted | Redaction (ID=7206865) No Watermark - litigation |
| 2025-06-10 15:33:29 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206865) |
| 2025-06-10 15:34:01 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206865) |
| 2025-06-10 15:34:08 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206863) |

| Event Time | User | IP Address | Action | Notes |
|---|---|---|---|---|
| 2025-06-10 15:41:11 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206863) |
| 2025-06-10 15:41:28 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206863) |
| 2025-06-10 15:41:30 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206865) |
| 2025-06-10 15:46:57 | System | | MP4 Authoring Job Complete (ID=7206865) | MD5Hash: D47891F1BEA57619C64CCB9AE49643F9 |
| 2025-06-10 15:54:58 | System | | MP4 Authoring Job Complete (ID=7206863) | MD5Hash: 884FDACA1BD8F5BC5D4A29603EB6C0CB |
| 2025-06-11 04:54:29 | Kylie Connell | 104.183.227.239 | Incident was viewed by user | Media accessed for Publisher (ID=7206865) |
| 2025-06-11 04:57:27 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=7206865:5537518) | Version: 7206865 |
| 2025-06-11 04:57:40 | Kylie Connell | 207.32.245.124 | Incident was viewed by user | Media accessed for Publisher (ID=7206863) |
| 2025-06-11 04:58:06 | Kylie Connell | 207.32.245.124 | Media Authoring: Job Exported - Media Authoring: Download MP4 (ID=7206863:5537513) | Version: 7206863 |
| 2026-06-30 10:28:14 | Danielle Weiss | 207.32.245.124 | Media Info viewed by user - Info View | Search |
| 2026-06-30 16:27:54 | Aaron Knepper | 207.32.245.124 | Media Info viewed by user - Info View | Search |

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

DATE: June 6, 2023 EXHIBIT 39(1-2)

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 06 · 06 · 2023

[signature]
Signature

SCOTT RUSZKOWSKI
Printed Name

POLICE CHIEF
Title/Position

VIOLATED



MCKENZIE

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 40(1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 6-14-23

[signature]
Signature

Joseph Leszczynski
Printed Name

D/C Chief
Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 41(1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 6/20/23

[signature]
Signature

David Herron
Printed Name

Captain
Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 42(1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 6-13-23

LT. [signature] 379
Signature

LT. INGLE, MICHAEL J.
Printed Name

LIEUTENANT
Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 43(1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 6/15/23

SGT. D [signature] D.D. #435
Signature

SGT. Daniel D. Demler #435
Printed Name

Sergeant
Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 44 (1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 06/06/2023

Dakota Cremeans
Signature

Dakota Cremeans
Printed Name

Patrolman First Clas/Officer
Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

DATE: June 6, 2023 EXHIBIT 45(1-2)

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 06-06-2023

Zack Overton

Signature

Zackary Overton

Printed Name

Police Officer

Title/Position

VIOLATED

**CONFIDENTIAL**

**URGENT - PLEASE REVIEW THIS LEGAL PRESERVATION NOTICE**

**DO NOT DESTROY ANY ELECTRONIC INFORMATION OR PAPER RECORDS OF ANY KIND THAT MAY BE RELEVANT TO THIS MATTER**

EXHIBIT 46(1-2)

DATE: June 6, 2023

FROM: Kylie Connell; Kathryn Hough; Sarah Curl-Larson

TO: Scott Ruszkowski, Chief of Police
Joe Leszczynski, Division Chief
Captain David Herron
Lieutenant Mike Ingle
Sergeant Daniel Demler
Officer Dakota Cremeans
Officer Zackary Overton
Sherri Wildes, Executive Assistant to the Chief's Office

CC: City of South Bend Department of Law

RE: Notice to Preserve Documents and Electronic Data Regarding Possible Litigation Involving an Incident Between Leonard Antowyne McKenzie and the City of South Bend on January 28, 2023 at or near the intersection of Wayne and Lafayette, South Bend, IN.

In the event of or in anticipation of litigation, the law requires the City to preserve potentially relevant information, and any failure to do so could lead to severe consequences. To protect the City's interest against spoliation, we need to immediately preserve all potentially relevant information regarding the above-referenced matter. You have received this notice because it is believed that you may have, have access to, or may know of information that could be potentially relevant to the incident on January 28, 2023.

**Accordingly, it is critically important that you retain and preserve all potentially relevant information (e-mails, metadata, photographs, bodycam footage, motor-vehicle footage, police reports, etc.) whether hard copy, electronic or otherwise, wherever located, and that you take no action to destroy it. It is critical that you do not delete, over-write, or otherwise alter or destroy any document or file (in print or electronic form) that may contain potentially relevant information. This includes information developed in the future related to this dispute between Leonard Antowyne McKenzie and the City of South Bend. The City's normal record retention policies relating to the January 28, 2023 Incident will be suspended until further notice.**

To address some common questions:

- **E-mail and Electronically Stored Information.** You must preserve relevant e-mail or other information created by or stored in computer technology. This may include desktops, laptops, hand-held devices (e.g., iPads, iPhones, Blackberry phones), USB flash drives, CDs, DVDs, and other such media. Do not delete e-mail (or attachments) in any "in box," "out box," or other location, even if you think it is located somewhere else.
- **Duplicate Records.** Do not delete any document or record, even if you believe it to be an exact duplicate of another record in your possession.
- **Backup Tapes and Offline Data.** Backup tapes and offline data may contain potentially relevant information. Please do not erase, delete, rotate, or override any backup tapes or off-line media unless specifically approved to do so in advance.
- **Metadata.** Metadata (computer-generated information about electronically stored information) is also considered part of a document and must not be altered. Each draft or version of a document is considered a separate document. You should avoid altering, and even opening if possible, any electronically stored documents until those documents have been properly collected.

These categories of information and documents are necessarily broad. If you are not sure whether particular documents should be retained, please err on the side of caution not to alter or destroy the documents without prior approval from me. Please also review the list of those receiving this memorandum and, if you believe that another individual might have records that need to be preserved, please contact me immediately.

To ensure that you have read and understand this memorandum and its instructions, please sign and date the acknowledgement below and return it by email to sclarson@southbendin.gov or by interoffice mail to Sarah Curl-Larson, City of South Bend Department of Law, Suite 1200 South, at your earliest convenience. Thank you.

**ACKNOWLEDGMENT**

Date: 6/06/2023

Sherri Wildes
Signature

Sherri Wildes
Printed Name

Executive Assistant - Chief's Office
Title/Position

VIOLATED

1200 County City Building
227 W. Jefferson Boulevard
South Bend, Indiana 46601-1830

Phone 574/235-9241
Fax 574/235-7670
TTY 574/235-5567

City of South Bend James Mueller, Mayor
Department of Law

Sandra Kennedy
Corporation Counsel

Jenna K. Throw
City Attorney

EXHIBIT 47

September 30, 2024

Leonard Antowyne McKenzie III
802 E. Bowman Street
South Bend, IN 46628
Via email: leonardm50@gmail.com

***Re: Public Records Request AR24-1429 and AR24-1430***

Dear Mr. McKenzie:

Your public records requests dated August 21, 2024 have been referred to me. In AR24-1429, you sought the following records:

> *Date of Incident: 01-28-2023. Dashcam Footage. Body Worn Camera Footage. Photographs. 911 Calls/Audio. Public servants on the scene present at 802 E. Bowman St, Dakota Cremeans (2336) Mike Ingles (379), Zachery Overton (2292)*

And in AR24-1430, you requested:

> *Dashcam footage. Photographs. 911 Calls/Audio*
> *Both requested for Chris Hunter Miller (2246), Captain Joseph Galea (495) of South Bend Police Department*

Due to the record retention schedule the City follows in accordance with Ind. Code § 5-15, it does not have any responsive records for dash cam or body worn camera footage for either request, as such footage is no longer retained, and therefore, these records no longer exist. However, there is 911 audio associated with each incident, as well as photographs that pertain to the incident requested in AR24-1430, which will be provided to you. There are no photographs available for the incident requested in AR24-1429.

You will be contacted by someone in the South Bend Police Department Records Division soon with instructions regarding how to pick up your records. If you have any questions, you may contact our department at (574) 235-9241 or apra@southbendin.gov.

Sincerely,

*Danielle Weiss*
Danielle Weiss
Senior Assistant City Attorney

cc: SBPD Records Division

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LEONARD ANTOWYNE McKENZIE, III,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA CREMEANS, MICHAEL INGLES, ZACHARY OVERTON, and CITY OF SOUTH BEND,<br><br>Defendants. | ) | CASE NO. 3:25-cv-00304-DRL-SJF<br><br>EXHIBIT 48 (1-5) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants, by counsel, and pursuant to Fed. R. Civ. P. 34, provide the following response to Plaintiff's request for production of documents:

REQUEST NO. 1: All unedited body-worn camera (BWC) video footage recorded on January 28, 2023, by Dakota Cremeans and Michael Ingles pertaining to the incident at 802 E. Bowman Street, South Bend, Indiana.

**RESPONSE: Defendants produce the body camera recordings from Lt. Ingle and Ptlm. Cremeans from January 28, 2023, herein.**

REQUEST NO. 2: All unedited mobile video recorder (MVR) / dash-cam footage recorded on January 28, 2023, by Dakota Cremeans and Zachary Overton pertaining to the incident at 802 E. Bowman Street, South Bend, Indiana.

**RESPONSE: Defendants produce the motor vehicle recordings for Ptlm. Cremeans and Pfc. Overton from January 28, 2023, herein.**

REQUEST NO. 3: All metadata associated with any video file produced in response to Request No. 1 or No. 2, including but not limited to: creation date and time, file size, any edits, redactions, deletions, copies, transfers, and chain of custody logs.

**RESPONSE: Defendants produce the metadata associated with the body camera and motor vehicle recordings from Lt. Ingle and Ptlm. Cremeans from January 28, 2023, herein.**

REQUEST NO. 4: If any requested video footage has been lost, destroyed, deleted, or is otherwise unavailable, produce a sworn affidavit signed under penalty of perjury from the records custodian of the South Bend Police Department and from each Defendant stating:

a. The date and manner in which the footage was lost or destroyed;

b. The identity of the person(s) who authorized or carried out the loss or destruction;

c. Why the footage was not preserved after the City was on notice of potential litigation (which occurred no later than August 21, 2024, when Complainant filed a public records request); and

d. An explanation of the direct contradiction between the September 30, 2024 statement by Senior Assistant City Attorney Danielle Weiss (that "such footage is no

longer retained, and therefore, these records no longer exist") and Defendants' March 21, 2026 Initial Disclosures stating that Defendants possess BWC and MVR footage from the same incident.

**RESPONSE:**

**a. Not applicable.**

**b. Not applicable.**

**c. A preservation notice relating to this matter was issued on June 6, 2023. Signed preservation notices are produced herewith.**

**d. The statement referenced by Plaintiff in the September 30, 2024 APRA response resulted from a misunderstanding regarding the incident for which records were being requested. At the time of the APRA request, South Bend Police Department personnel understood Plaintiff's request to pertain to Case No. 21-1765, an incident that occurred on February 11, 2021. Because Plaintiff was a frequent APRA requester who often submitted requests concerning the same matters, records personnel commonly referenced prior requests and responses when processing subsequent requests concerning similar subject matter.**

**When responding to Plaintiff's request, records personnel reviewed a prior APRA request (AR24-499) associated with Case No. 21-1765 and searched for video footage using the February 11, 2021 incident date. Under the Department's retention practices, any body-worn camera ("BWC") or motor vehicle recording ("MVR") footage associated with that 2021 incident would no longer have been retained. Based on that**

understanding, Plaintiff was advised that responsive footage was no longer retained and therefore no longer existed.

It was later determined that Plaintiff was actually seeking records relating to events occurring on January 28, 2023. Those events had become linked within the records system to the older 2021 case involving a stolen license plate report because the license plate reported stolen in 2021 was recovered during the January 28, 2023 events. As a result, the 2023 events were associated with the preexisting 2021 case records, leading to the February 11, 2021 incident date being used during the records search. Unlike footage from the 2021 incident, BWC and MVR footage relating to the January 28, 2023, events had been preserved and remained in Defendants' possession. Accordingly, there is no contradiction between the September 30, 2024, APRA response and Defendants' March 21, 2026, Initial Disclosures; rather, the two statements concerned different incident dates due to the mistaken association of the 2023 events with the preexisting 2021 case records. The September 30, 2024 response pertained to footage associated with the February 11, 2021 incident, while the Initial Disclosures pertained to footage relating to the January 28, 2023 events.

Respectfully submitted,

s/ Stephanie L. Nemeth

Stephanie L. Nemeth (#25721-71)
BUARI NEMETH, LLC
100 E. Wayne Street, Suite 315
South Bend, IN 46601

Telephone: (574) 213-1911
Email: nemeth@bn-legal.com

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I affirm that the foregoing Defendants' Response to Plaintiff's Request for Production of Documents has been served via electronic mail on July 7, 2026, to:

Mr. Leonard A. McKenzie III at 4yooinfo@gmail.com

s/ Stephanie L. Nemeth
Stephanie L. Nemeth

1200 County-City Building
227 W. Jefferson Boulevard
South Bend, Indiana 46601-1830

Phone 574/235-9241
Fax 574/235-7670
TTY 574/235-5567

City of South Bend James Mueller, Mayor

# Department of Law

Sandra Kennedy
Corporation Counsel

Aladean M. DeRose
City Attorney

June 2, 2023

MckenzieIII-Leonard:Antowyne, Beneficiary
802 E Bowman
South Bend, IN 46601
*Via email: Leonardm50@gmail.com*

EXHIBIT 49

***Re: Public Records Request AR23-739***

Dear Mr. Mckenzie

Your public record request has been referred to me. You sought the following records:

> *I am requesting a copy of both as follows and that are applicable. A copy of Police report that was filed by public servant employee Dakota Cremeans (2336) Jan. 28th, 2023, involving a 2006 Land Rover Range Rover HSE that was taken off my property at 802 E. Bowman St. South bend, Indiana. As well as the OATH and BOND information regarding public servant employees (C) Scott Ruszkowski (412) (Internal Affairs) David Herron (2037) (Lt. Mike Ingles)(379) Dakota Cremeans (2336) Zacher Overton (2292) Chris Hunter Miller (2246) as follows.*

The police report of Dakota Cremeans is being provided to you with this letter, with minor redactions in accordance with Ind. Code § 5-14-3-4(b)(1).

The signed oaths of each of the requested officers is also being enclosed with his letter.

Records related to the portion of your request seeking "BOND information" is still being gathered, and will be provided to you next week.

If you have any questions, you may contact our department at (574) 235-9241 or apra@southbendin.gov.

Sincerely,

*Danielle Weiss*

Danielle Weiss
Assistant City Attorney

TRAVELERS

P.O. Box 2989
Hartford, CT 06104-2989

Travelers Bond & Specialty Insurance

June 28, 2023

Via Email and U.S. Mail

[redacted] McKenziell
[redacted]
South Bend, IN 46613
[redacted]

EXHIBIT 50 (1-4)

Re: File No. 002-FI-T2309406-NR
Policy No. 027-LB-105544605
Insured: City of South Bend Indiana

Dear Mr. McKenziell:

This letter further acknowledges Travelers Casualty and Surety Company of America's ("Travelers") receipt of the materials provided to us by you, including the emails and corresponding attachments provided on June 14, 21, and 22, 2023, submitted in connection with the above-referenced Government Entity Crime Policy ("the Policy").

**The Claim**

Travelers bases its understanding of the factual background of this matter on the information that has been provided by you. It is our understanding that you claim Officer Dakota Cremeans of the St. Joseph County South Bend Police Department acted illegally and violated your Constitutional rights by impounding your vehicle. It is our understanding that you claim redress for, *inter alia*, violations of the U.S. Constitution, St. Joseph County Local Rules, and other federal and state laws related to the impoundment of your vehicle.

**The Policy**

Travelers issued the Policy referenced by you in your materials submitted. Policy # 105544605 to the Insured, City of South Bend Indiana ("the City"). In relevant part, the Policy provides the following in Section I.:

> CONSIDERATION CLAUSE
>
> IN CONSIDERATION of the payment of the premium stated in the Declarations, and subject to the Declarations and pursuant to all the terms, conditions, exclusions and limitations of this Crime

> Policy, ***the Company[1] will pay the Insured for direct loss that the Insured sustains which is directly caused by a Single Loss taking place at any time and which is Discovered by the Insured during the Policy Period*** or during the Extended Period to Discover Loss pursuant to the terms set forth in Section V. CONDITIONS A. GENERAL CONDITIONS 3. Extended Period to Discover Loss. (*Emphasis Added)*

***

> Faithful Performance of Duty
>
> ***The Company will pay the Insured for the Insured's direct loss of, or direct loss from damage to***, Money, Securities and Other Property directly caused by the failure of any Employee listed in the SCHEDULE shown in ITEM 5 of the Declarations to faithfully perform the **Employee's** duties as prescribed by law (*Emphasis Added)*

***

The Policy includes the following condition in Section V.A.5.a.:

> . . .
> Notwithstanding the above, ***this Crime Policy is for the Insured's benefit only and provides no rights or benefits to any other person or organization***. **Any claim** for loss that is covered under this Crime Policy ***must be presented by the Insured.*** (*Emphasis Added)*

***

The Policy also provides the following relevant Exclusions in Section IV:

> K. This Crime Policy will not apply to damages of any type, except the Insured's direct compensatory damages resulting from a loss covered under this Crime Policy.
>
> L. This Crime Policy will not apply to indirect or consequential loss of any nature, including fines, penalties, multiple or punitive damages.

---

[1] Please note that certain terms in this letter are defined terms under the Policy; refer to the Policy for the specific meanings of those terms. In addition, some sections have been modified by endorsement. Emphasis may be added/modified.

Other Policy terms, conditions, limitations or exclusions may further limit or exclude coverage for this matter or otherwise apply to the matter.

**Coverage Analysis**

We reviewed the matter for any potential coverage under the Policy. Unfortunately, this claim does not fall within the scope of coverage afforded under the Policy, as set forth in further detail below. As a result, Travelers respectfully reserves all rights under the Policy, at law and in equity.

Travelers is the insurance carrier on a first-party indemnity Government Entity Crime Policy provided to its Insured, the City. In general, a first party indemnity insurance policy involves two parties: 1) the Insured who is the beneficiary/owner of the Policy, and 2) the insurance carrier whose responsibilities are to pay its Insured for covered first-party losses. Specifically, as noted above, Travelers promises that it "will ***pay the Insured*** for direct loss that the Insured sustains which is directly caused by a Single Loss taking place at any time and which is Discovered by the Insured during the Policy Period . . . ." Furthermore, under the Faithful Performance coverage, and consistent with the law of suretyship, no coverage is afforded to a claimant as a result of a third-party action, as all of Travelers' obligations run only to the parties to the coverage, in this case, the City. In sum, under all coverage grants, the Policy is for the Insured's "**benefit only**" and provides no rights or benefits to any other person or organization. In addition, any claim for loss that is covered under this Policy must be presented by the Insured – the City.

In this case, the Insured did not bring a claim and it does not appear that the Insured sustained a loss. In fact, based upon your allegations, it is potentially yourself and your family who may have allegedly suffered a loss, who are not Insureds under the Policy. The Policy does not afford the relief you seek either to its Insured or to third-parties. Further, not only does it appear no loss exists that would trigger this Policy, but any payment made under the Policy, to the extent any payment was warranted for a covered claim, such would only be afforded directly to the Insured, the City, for its "direct loss."

Moreover, Travelers is unaware of any failure of anyone in the City to faithfully perform any duties prescribed by law as that term is used in the Policy. While you may disagree with the actions of the City, there is no indication of a "failure to faithfully perform any duties prescribed by law" as required in the Policy. Furthermore, Travelers' coverage obligations flow only to the parties to the coverage—in this case, the City—as set forth in the coverage language above.

We also note Excluions K. and L. exlcude coverage for your claims as the Policy does "not apply to damages of any type" with the exception of the Insured's alleged "direct compensatory losses" and does not cover "indirect loss[es]."

In sum, the Policy does not afford coverage for this matter. As a result, Travelers respectfully reserves all rights, at law and in equity.

## Conclusion

As set forth above, coverage has not been triggered under the Policy, only the Insured can collect under the Policy, and any alleged losses are excluded under the Policy. As such, there does not appear to be any available coverage for your claim; Travelers, therefore, respectfully reserves all rights under the Policy, at law and in equity, and intends to take no further action in this matter. Because we view the foregoing as dispositive of coverage for this matter, we have not raised other Policy terms, conditions, limitations or exclusions that may further limit or exclude coverage for this matter. As I am sure you can appreciate, Travelers' attention to this matter is subject to a full and complete reservation of all rights, remedies and defenses under the Policy or otherwise including but not limited to the right to raise other Policy terms and conditions as defenses to coverage in the future as appropriate. Neither this letter, nor any actions by Travelers or any of its agents shall constitute or be deemed a waiver of any right or defense available to Travelers under the Policy or applicable law.

Sincerely,

Travelers Bond Claim

# CITY OF SOUTH BEND
# LIABILITY CLAIM FORM
(Please write or print clearly)

Claimant Name: :Mckenzie-Leonard:Antowyne, Beneficiary Telephone: 574-339-5836

Address: 802 E Bowman St South Bend Indiana 46613
Number Street City State Zip

Date and Time Loss Occurred: Jan. 28, 2023 3:20pm

Location Loss Occurred: 802 E Bowman St

Extent of Loss: (Please provide two (2) written estimates for property damage): $3,000 For 2006 Land Rover Range Rov
$5000.00 that was stored inside of the vehicle for mechanical services for vehicle. $14[illegible],000.0 for 4th Amendment Violatio

EXHIBIT 51

Describe what happened: The public servants of the South Bend Police Department as follows are in violation of United States Constitution, Civil Rights, Federal Law, Indiana State Constitution, St. Joseph County Rules, South Bend Police Department Code Of Ethics and several amounts of articles as they apply abundantly. The page attached is minor briefing of tl situation at hand and is honest to the best of my knowledge as perjury or falsification can subdue to me to charges upon myse No action taken will result in Federal Tort Claim or Claim Against Surety Bonds of the public servant employees as I am under Ind.Code§34-13-3-8 and now pressed with time. In my Federal Tort Claim or Claim Against Surety Bonds I will be providing full sclosure or detailed information on all stated above as described laws that are broken individually and distinctively as well as hc ey apply directly to each individual public servant of the South Bend Police Department. and how they violated as such in Feder ourt. As I am a man of flesh and blood with free will and that will not be interfered with nor deprived at all by no public servant c anything unlawful in my pursuit of my happiness and my consumer ability. My 2006 Land Rover Range Rover was not in the street nor was it illegally parked or violating any ordinaces. Depirvation of rights is against the constituion and will not be tolerated at all. All public servants employee officers take a oath and shall not violate that oath so hep them god.

ARTICLE 1 SECTION 12 INDIANA CONSTITUTION

Section 12. All courts shall be open; and every person, for injury done to him in his person, property, or reputation, shall have remedy by due course of law. Justice shall be administered freely, and without purchase; completely, and without denial; speedily, and without delay.

Names of Persons Involved (If Known): Dakota Cremeans (2336), Lt. Mike Ingles (379), Zachery Overton (2292), David Herron (2037) Scott Ruskowski (412)

Amount of Damages Sought: $1,000,000.00 If terms are not met or settled in statement pursuant to Federal Court

Claimant's Residence at Time of Loss: 802 E. Bowman St

**Signature:** :MckenzieIII-Leonard:Antowyne, Beneficiary **Date:** 7/10/2023
UCC 1-308 ALL RIGHTS RESERVED

Please mail or deliver to:
City of South Bend
Department of Law
Attn: Claims Administrator
1200 County-City Building
227 W. Jefferson Blvd.
South Bend, Indiana 46601

RECEIVED
JUL 12 2023
CITY OF SOUTH BEND
DEPARTMENT OF LAW

1200 County-City Building
227 W. Jefferson Boulevard
South Bend, Indiana 46601-1830

Phone 574/235-9241
Fax 574/235-7670
TTY 574/235-5567

City of South Bend James Mueller, Mayor

# Department of Law

Sandra Kennedy
Corporation Counsel

Jenna K. Throw
City Attorney

EXHIBIT 52

9 MONTH REPLY

May 27, 2025

[redacted] McKenzie III
[redacted]
Via email: [redacted]

***Re: Public Records Request AR24-1429 and AR24-1430***

Dear Mr. McKenzie:

Your public records requests dated August 21, 2024 have been referred to me. In AR24-1429, you sought the following records:

> *Date of Incident: 01-28-2023. Dashcam Footage. Body Worn Camera Footage. Photographs. 911 Calls/Audio. Public servants on the scene present at 802 E. Bowman St, Dakota Cremeans (2336) Mike Ingles (379), Zachery Overton (2292)*

And in AR24-1430, you requested:

> [redacted]

Due to the record retention schedule the City follows in accordance with Ind. Code § 5-15, it does not have any responsive records for dash cam or body worn camera footage for either request, as such footage is no longer retained, and therefore, these records no longer exist. However, there is 911 audio associated with each incident, as well as photographs that pertain to the incident requested in AR24-1430, which will be provided to you. There are no photographs available for the incident requested in AR24-1429.

You will be contacted by someone in the South Bend Police Department Records Division soon with instructions regarding how to pick up your records. If you have any questions, you may contact our department at (574) 235-9241 or apra@southbendin.gov.

Sincerely,

*Danielle Weiss*
Danielle Weiss
Senior Assistant City Attorney

cc: SBPD Records Division

1200 County-City Building
227 W. Jefferson Boulevard
South Bend, Indiana 46601-1830

Phone 574/235-9241
Fax 574/235-7670
TTY 574/235-5567

City of South Bend James Mueller, Mayor

# Department of Law

Sandra Kennedy
Corporation Counsel

Jenna K. Throw
City Attorney

July 23, 2024

Leonard Antowyne McKenzie III
802 E. Bowman Street
South Bend, IN 46613
Via email: leonardm50@gmail.com

EXHIBIT 53

*Re: Public Records Request AR24-499*

Dear Mr. McKenzie:

Your public records request dated March 15, 2024 has been referred to me. In your request, you sought the following records:

> *I am requesting body cam footage of each officer on the scene mentioned and police report made on 1/28/2020 at 14:34 hours Case No. 21 1765-001, involving a black 2006 Land Rover Range Rover at 802 E. Bowman Street made by public servant employee of the South Bend Police Department Dakota Cremeans (2336) Lieutenant Mike*

Due to the record retention schedule the City follows in accordance with Ind. Code § 5-15, it does not have any responsive records for body worn camera footage for the year 2020, as these records no longer exist.

If you have any questions, please do not hesitate to contact our department at (574) 235-9241 or apra@southbendin.gov.

Sincerely,

*Danielle Weiss*
Danielle Weiss
Senior Assistant City Attorney

DW/mlf

By:Leonard-TheFamily;.Mckenzie,Beneficiary
Always Retaining All Rights
Ex-Relatione
<LEONARD ANTOWYNE MCKENZIE II
Authorized Representative
Flesh and **Blood** Being, in Propria Persona
**VOID WHERE PROHIBITED BY LAW**
U.C.C. 1-207/1-308; U.C.C.1-103
Care of postal service address:
[802 E.Bowman St South Bend, Indiana]
USA without USDC
Zip exempt, nut near 46628
**Email:** Leonardm50@gmail.com

# EXHIBIT 54

## APRA REQUEST

I am requesting the public information as follows and that are applicable. Full video of police car dash cam footage on the scene on during arrest for Unlawful Possession Of A Handgun on the 400 Block of W Lasalle in report made by Chris Hunter Miller (2246), Captain Joseph Galea (495) of South Bend Police Department. (See Attached Report) Also full officer body cam footage & police car dash cam footage of every public servant on the scene present at 802 E. Bowman St, Dakota Cemeans (2336) Mike Ingles (379), Zachery Overton (2292) (See Attached Report)




:Leonard-TheFamily;.MckenzieIII,Beneficiary

By:Leonard-TheFamily;.Mckenzie,Beneficiary
Always Retaining All Rights
Ex-Relatione
<LEONARD ANTOWYNE MCKENZIE II
Authorized Representative
Flesh and **Blood** Being, in Propria Persona
**VOID WHERE PROHIBITED BY LAW**
U.C.C. 1-207/1-308; U.C.C.1-103
Care of postal service address:
[802 E.Bowman St South Bend, Indiana]
USA without USDC
Zip exempt, nut near 46628
**Email: Leonardm50@gmail.com**